Form 170 – ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  16−24978−ABA
           Chapter:  7
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Susan M. Gantuangco
    7 Stockton Lane
    Egg Harbor Township, NJ 08234

Social Security No.:
    xxx−xx−9837

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Trustee Douglas S. Stanger.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Andrew B. Altenburg Jr. on,

Date: 11/21/17
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: October 20, 2017
JAN:

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Susan M. Gantuangco  
    Debtor

Case No. 16-24978-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Oct 20, 2017  
                    Form ID: 170    Total Noticed: 29

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db             +Susan M. Gantuangco,    7 Stockton Lane,    Egg Harbor Township, NJ 08234-6409
aty            +Andrew de Heer,    Deheer Bureau Advocato,    2 Ice Pond Trail,    Hockessin, DE 19707-9412
cr             +Nationstar Mortgage LLC,    P. O. Box 9013,    Addison, TX 75001-9013
516479692       American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516323588      +American Express Centurion,    4315 South 2700 West,    Salt Lake City, UT 84184-0002
516323590      +Bank of America, NA,    4909 Savarese Circle,    FL 19080147,    Tampa, FL 33634-2413
516323591      +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
516323592      +Capital One/Best Buy,    PO Box 30253,    Salt Lake City, UT 84130-0253
516323593      +CitiFinancial,    605 Munn Road,    C/S Care Dept.,    Fort Mill, SC 29715-8421
516323594      +Clerk,    Central Justice Center,    700 Civic Center Dr. West,    Santa Ana, CA 92701-4045
516323600      +Clerk, Special Civil Part,    Atlantic County Court,    1201 Bacharach Blvd.,
                 Atlantic City, NJ 08401-4526
516323595      +IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
516323596      +JP Morgan Chase Bank, NA,    PO Box 15298,    Wilmington, DE 19850-5298
516348902      +NationStar Mortgage,    8950 Cypress Waters Blvd,    Coppell TX 75019-4620
516323597      +Nationstar Mortgage, LLC,    350 Highland,    Houston, TX 77009-6623
516323598      +Ocwen Loan Servicing, LLC,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
516323599       Pavilion OB/GYN,    2500 English Creek Avenue,    Somers Point, NJ  08244
516323602      +Shapiro & DeNardo, LLC,    14000 Commerce Parkway,    Suite B,    Mt. Laurel, NJ 08054-2242
516323601      +Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4221
516323604      +Trident Asset Management,    53 Perimeter Center,  E 440,    Atlanta, GA 30346-2287
516323605      +Zwicker & Associates, PC,    80 Minuteman Road,    Andover, MA 01810-1008
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:06     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516323589      +E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 20 2017 23:05:13      American Honda Finance,
                 200 Continental Drive,    Suite 301,    Newark, DE 19713-4336
516530494       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2017 23:07:31
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516339906       E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2017 23:01:05      Orion,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516341868       E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2017 23:00:51      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
516323603      +E-mail/Text: bankruptcy@td.com Oct 20 2017 23:05:07      TD Bank,    1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
516535526      +E-mail/Text: bncmail@w-legal.com Oct 20 2017 23:05:13      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516348903      Ocwen Mortgage,    P.O. Box 26315,    Lehigh Valley NJ
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin                Page 2 of 2              Date Rcvd: Oct 20, 2017
                                Form ID: 170               Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    MTGLQ INVESTORS, L.P. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
               nj_ecf_notices@buckleymadole.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
                                                                                             TOTAL: 6
```