**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16−24978−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan M. Gantuangco
   7 Stockton Lane
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−9837

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: November 21, 2017
JAN: ml

                                                            Jeanne Naughton
                                                            Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-24978-ABA
Susan M. Gantuangco                                                 Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2          Date Rcvd: Nov 21, 2017
                              Form ID: 148              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db            +Susan M. Gantuangco,   7 Stockton Lane,   Egg Harbor Township, NJ 08234-6409
aty           +Andrew de Heer,   Deheer Bureau Advocato,   2 Ice Pond Trail,   Hockessin, DE 19707-9412
cr            +Nationstar Mortgage LLC,   P. O. Box 9013,   Addison, TX 75001-9013
516323590     +Bank of America, NA,   4909 Savarese Circle,   FL 19080147,   Tampa, FL 33634-2413
516323593     +CitiFinancial,   605 Munn Road,   C/S Care Dept.,   Fort Mill, SC 29715-8421
516323594     +Clerk,   Central Justice Center,   700 Civic Center Dr. West,   Santa Ana, CA 92701-4045
516323600     +Clerk, Special Civil Part,   Atlantic County Court,   1201 Bacharach Blvd.,
                Atlantic City, NJ 08401-4526
516348902     +NationStar Mortgage,   8950 Cypress Waters Blvd,   Coppell TX 75019-4620
516323597     +Nationstar Mortgage, LLC,   350 Highland,   Houston, TX 77009-6623
516323598     +Ocwen Loan Servicing, LLC,   3451 Hammond Avenue,   Waterloo, IA 50702-5345
516323599      Pavilion OB/GYN,   2500 English Creek Avenue,   Somers Point, NJ  08244
516323602     +Shapiro & DeNardo, LLC,   14000 Commerce Parkway,   Suite B,   Mt. Laurel, NJ 08054-2242
516323604     +Trident Asset Management,   53 Perimeter Center, E 440,   Atlanta, GA 30346-2287
516323605     +Zwicker & Associates, PC,   80 Minuteman Road,   Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 00:05:18      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 00:05:16      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516479692      EDI: BECKLEE.COM Nov 21 2017 22:48:00      American Express Bank FSB,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
516323588     +EDI: AMEREXPR.COM Nov 21 2017 22:48:00      American Express Centurion,   4315 South 2700 West,
                Salt Lake City, UT 84184-0002
516323589     +EDI: HNDA.COM Nov 21 2017 22:53:00      American Honda Finance,   200 Continental Drive,
                Suite 301,   Newark, DE 19713-4336
516530494      EDI: RESURGENT.COM Nov 21 2017 22:53:00      Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,   Corporation of America Holdings,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516323591     +EDI: CAPITALONE.COM Nov 21 2017 22:48:00      Capital One,   PO Box 30253,
                Salt Lake City, UT 84130-0253
516323592     +EDI: CAPITALONE.COM Nov 21 2017 22:48:00      Capital One/Best Buy,   PO Box 30253,
                Salt Lake City, UT 84130-0253
516323595     +EDI: IIC9.COM Nov 21 2017 22:53:00      IC Systems,   PO Box 64378,   Saint Paul, MN 55164-0378
516323596     +EDI: CHASE.COM Nov 21 2017 22:53:00      JP Morgan Chase Bank, NA,   PO Box 15298,
                Wilmington, DE 19850-5298
516339906      EDI: RECOVERYCORP.COM Nov 21 2017 22:48:00      Orion,   c/o of Recovery Management Systems Corp,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
516341868      EDI: RECOVERYCORP.COM Nov 21 2017 22:48:00      Orion Portfolio Services LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
516323603     +EDI: TDBANKNORTH.COM Nov 21 2017 22:48:00      TD Bank,   1701 Route 70 East,
                Cherry Hill, NJ 08003-2335
516535526     +E-mail/Text: bncmail@w-legal.com Nov 22 2017 00:05:24      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516323601     +EDI: WTRRNBANK.COM Nov 21 2017 22:48:00      Target National Bank,   3901 West 53rd Street,
                Sioux Falls, SD 57106-4221
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516348903      Ocwen Mortgage,   P.O. Box 26315,   Lehigh Valley NJ
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                    Page 2 of 2              Date Rcvd: Nov 21, 2017
                               Form ID: 148                   Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
              Brian C. Nicholas     on behalf of Creditor    MTGLQ INVESTORS, L.P. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger     on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger     doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Francesca Ann Arcure     on behalf of Creditor    Nationstar Mortgage LLC
               nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
              Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
                                                                                             TOTAL: 6
```