| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DSS5141<br>Phone: 609-645-1881<br>Chapter 7 Trustee | |
|---|---|
| | Order Filed on November 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>Susan M. Gantuangco,<br><br>       Debtors(s) | **CAMDEN, VICINAGE**<br>**Chapter 7**<br><br>Case No.: 16-24978<br><br>Honorable Andrew B. Altenburg, Jr. |

**ORDER ON TRUSTEE'S MOTION TO DISMISS CHAPTER 7 PROCEEDING**

    The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: November 21, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1822327-1

Debtors: Susan M. Gantuangco
Case No: 16-24978-ABA
Caption of Order: Order on Trustee's Motion to Dismiss Chapter 7 Proceeding

**THIS MATTER** having come before the court upon the application of Douglas S. Stanger, Esquire, Chapter 7 Interim Trustee, on the grounds that Debtor, Susan M. Gantuangco causing an unreasonable delay which is prejudicial to creditors and;

A copy of said Motion having been served upon the Debtor via certified mail, return receipt requested and regular, first-class mail, posted pre-paid, and by electronic notification to the U.S. Trustee; and for good cause having been shown;

**IT IS ORDERED AND ADJUDGED** that the within case be and the same hereby is dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that any discharge granted in this case is revoked.

6443486 v1

United States Bankruptcy Court
District of New Jersey

In re:  
Susan M. Gantuangco  
    Debtor

Case No. 16-24978-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Nov 21, 2017  
                    Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.  
db           +Susan M. Gantuangco,    7 Stockton Lane,    Egg Harbor Township, NJ 08234-6409  
aty          +Andrew de Heer,    Deheer Bureau Advocato,    2 Ice Pond Trail,    Hockessin, DE 19707-9412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:  
       Brian C. Nicholas    on behalf of Creditor    MTGLQ INVESTORS, L.P. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com, dss@trustesolutions.net  
       Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net  
       Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com  
       Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
                                                                                          TOTAL: 6